UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARNELL SAMS,

        Petitioner,

v.                                          Case Number: 2:10-CV-12699

STEVE RIVARD,

        Respondent.
                                     /

## JUDGMENT

In accordance with the court's "Opinion and Order Denying Petition for Writ of Habeas Corpus and Denying Certificate of Appealability,'" dated March 28, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Steve Rivard and against Petitioner Darnell Sams. Dated at Detroit, Michigan, this 28th day of March 2012.

                                                              DAVID J. WEAVER
                                                              CLERK OF THE COURT

                                                              S/Lisa Wagner
                                                            By:  Lisa Wagner, Case Manager
                                                               to Judge Robert H. Cleland